FILED
May 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002621156

MARIKO M. GUSHI, ESQUIRE
California State Bar No. 091517
COOK & GUSHI
Attorneys at Law
P.O. Box 2447
MARYSVILLE, CA 95901
(530) 741-9422

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

In Re:

KENNETH W. AND CHRISTINE L. KELLEY

Debtors.

Case No.: 10-30959

DC No.: MMG-1

MOTION FOR AN ORDER APPROVING ABANDONMENT

DATE: June 21, 2010

TIME: 9:00 a.m.

COURTROOM 28
501 "I" STREET
SACRAMENTO, CA 95914
JUDGE: MICHAEL S. McMANUS

MOTION FOR AN ORDER APPROVING ABANDONMENT

TO THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, AND CREDITORS.

Debtors Kenneth W. Kelley and Christine L. Kelley seek an order compelling the Chapter 7 Trustee to abandon the estates' interest in a construction business commonly known as Feather River Trenching located at 1750 Hutchison Road, Yuba City, CA. The

MOTION FOR ORDER APPROVING ABANDONMENT- 1

1 | business consists of the following personality: a 1999 Ford F-250, 1985 Chevy Flatbed truck,
2 | 1980 Towner Trencher, 1992 Bob Cat, Dump bed trailer, and hand tools.

3 | The basis of this motion is that the personality mentioned above does not have any
4 | equity over and above that exempted by the debtors. Pursuant to the appraisal by the debtors
5 | the aforementioned personal property has a value of approximately $8,375.00.

6 | The debtors have the ability to exempt in excess of the value of the personality
7 | pursuant to CCP 703.140 (b)(6)(1), and no administration by the trustee is contemplated.

8 | The debtors are desirous to continue to operate said construction business during the
9 | pendency of the bankruptcy proceeding and require an abandonment order under bankruptcy
10 | rule 6007.

11 | MEMORANDUM OF POINTS TAND AUTHORITIES any party of interest may request
12 | an order to require the trustee to abandon estate property. Bankruptcy Code Section 554
13 | merely requires a motion to be filed and notice given to all interested parties including notice to
14 | the creditors. The basis of the motion must generally show that the property of the estate, or
15 | that in of inconsequential value and benefit to the estate 11USC Section 554(b).

16 | WHEREFORE, movant prays that the trustee in the above entitled case be required to
17 | abandon said personal property and for such other and further relief as is just and proper.

18 | Dated: May 10, 2010

/s/ Mariko M. Gushi
MARIKO M. GUSHI
Attorney for Movants

MOTION FOR ORDER APPROVING ABANDONMENT- 2